No. 550, Misc. MCELROY *v.* MARYLAND. *Per Curiam:* The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

No. 11, Original. UNITED STATES *v.* LOUISIANA. The motion of the Parish of St. Bernard, Louisiana, et al. for leave to intervene is denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion. *Attorney General Brownell, Solicitor General Rankin, Oscar H. Davis, John F. Davis* and *George S. Swarth* for the United States, plaintiff. *L. H. Perez* for the Parishes of Plaquemines and St. Bernard, *L. O. Pecot* for the Parishes of Iberia and St. Mary, *Frank Langridge* for the Parish of Jefferson, movants, and *Frank J. Looney* of counsel.

No. 107. KINGSLEY BOOKS, INC., ET AL. *v.* BROWN, CORPORATION COUNSEL. Appeal from the Court of Appeals of New York. (Probable jurisdiction noted, 352 U. S. 962.) The motion of the Attorney General of New York for leave to appear and present oral argument, as *amicus curiae,* is denied. The Attorney General of New York is invited to file a brief, as *amicus curiae. Louis J. Lefkowitz,* Attorney General of New York, *James O. Moore, Jr.,* Solicitor General, and *Ruth Kessler Toch,* Assistant Attorney General, were on the motion.